MATTHEW F. WEIL (Bar No. 157505)
CHRISTOPHER D. BRIGHT (Bar No. 206273)
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone: 949.851.0633
Facsimile: 949.851.9348
E-mail: mweil@mwe.com
E-mail: cbright@mwe.com

PETER P. CHEN (Bar No. 111426)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:    650.813.5000
Facsimile:    650.813.5100

Attorneys for Plaintiff SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 7/11/06*

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,,<br><br>Plaintiff,<br><br>v.<br><br>AUDIO MPEG, INC., a Virginia corporation; U.S. PHILIPS CORPORATION, a Delaware corporation; FRANCE TELECOM, a French corporation; TELEDIFFUSION DE FRANCE, S.A., a French corporation; INSTITUT FUR RUNDFUNKTECHNIK GMBH, a German corporation,<br><br>Defendants. | CASE NO.  C-06-02655 RMW<br><br>**PLAINTIFF'S REQUEST FOR APPOINTMENT OF INTERNATIONAL PROCESS SERVER; AND ORDER**<br><br>**Honorable Ronald M. Whyte** |

**Request For Appointment of International Process Server and [Order**          (Case No. C-06-02655 RMW)

1  Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and
2  Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the
3  Hague Conference on Private International Law on November 15, 1965 (the "Hague
4  Convention"), and for good cause shown, SanDisk Corporation, by and through its counsel of
5  record, hereby requests the Court to appoint Crowe Foreign Services, 1020 SW Taylor Street,
6  Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent
7  under the jurisdiction of this Court to forward to the Central Authority in the applicable country,
8  any and all documents to be served in this case.

Respectfully submitted,

DATED: June 15, 2006          McDERMOTT WILL & EMERY LLP

By:    /s/ Peter P. Chen
       Peter P. Chen
       Attorneys for Plaintiff
       SANDISK CORPORATION

Good cause appearing therefor, **IT IS SO ORDERED.**

Dated:  __7/7_____, 2006     /s/ Ronald M. Whyte
                                   Honorable Ronald M. Whyte
                                   Judge of the United States District Court

MPK 109908-1.061590.0026

**Request For Appointment of International
Process Server and []Order**                                    (Case No. C-06-02655 RMW)