MATTHEW F. WEIL (Bar No. 157505)
CHRISTOPHER D. BRIGHT (Bar No. 206273)
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone:    949.851.0633
Facsimile:    949.851.9348
E-mail: mweil@mwe.com
E-mail: cbright@mwe.com

PETER P. CHEN (Bar No. 111426)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.813.5000
Facsimile: 650.813.5100
E-mail: pchen@mwe.com

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 7/27/06*

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, | CASE NO. C06-02655 RMW |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ANSWER DATES |
| v. | |
| AUDIO MPEG, INC., a Virginia corporation; U.S. PHILIPS CORPORATION, a Delaware corporation; FRANCE TÉLÉCOM, a French corporation; TÉLÉDIFFUSION DE FRANCE S.A., a French corporation; INSTITUT FÜR RUNDFUNKTECHNIK GMBH, a German corporation, | Case Management Conference<br><br>Date:    July 28, 2006<br>Time:    10:30 a.m. |
| Defendants. | |

STIPULATION AND ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE AND ANSWER DATES               CASE NO. C06-02655 RMW

1       Pursuant to Local Rules 6-2 and 7-12, Plaintiff SanDisk Corporation ("SanDisk")
2  and Defendants Audio MPEG Inc. ("Audio MPEG"), U.S. Philips Corp. ("Philips"), France
3  Télécom, TDF (formerly known as Télédiffusion de France), and Institut Für
4  Rundfunktechnik GMBH ("IRT") (collectively "Defendants") request that the Court
5  continue the case management conference (now scheduled in this case for July 28, 2006)
6  pending the outcome of SanDisk's motion to dismiss and motion to transfer, which are
7  currently pending in a related case in the Eastern District of Virginia.
8       The following facts are relevant to this request:
9       1.    Audio MPEG filed a complaint against SanDisk in the Eastern District of
10 Virginia on April 13, 2006 ("the Virginia Action"), alleging infringement of U.S. Patent
11 Nos. 5,214,678; 5,323,396; 5,777,992; and 5,539,829.
12      2.    On April 19, 2006, SanDisk filed its complaint in the instant case, seeking
13 declaratory relief with respect to the same patents that are at issue in the Eastern District of
14 Virginia. In its complaint, SanDisk stated: "In the event the Eastern District of Virginia
15 holds that it does have jurisdiction and that it is the most convenience [sic] forum, and
16 therefore elects to retain jurisdiction, over the action filed on April 13, or some portion of
17 it, SanDisk will take appropriate steps to insure that this Court and the Eastern District of
18 Virginia are not confronted with duplicative litigation."
19      3.    SanDisk filed a motion to dismiss for lack of standing in the Virginia Action
20 on April 20, 2006, on the basis that the patent owners (Philips, France Telecom, TDF, and
21 IRT) had not been joined as plaintiffs.
22      4.    Audio MPEG, Philips, France Telecom, TDF, and IRT filed an Amended
23 Complaint in the Virginia Action on April 28, 2006.
24      5.    On May 8, 2006, SanDisk filed in the Virginia Action a motion to transfer
25 the case to this Court.
26      6.    The court for the Eastern District of Virginia heard oral argument on
27 SanDisk's motion to dismiss and motion to transfer on May 31, 2006, but has not yet ruled
28 on either motion.

STIPULATION AND ORDER
CONTINUING CASE MANAGEMENT          -1-                    CASE NO. C06-02655 RMW
CONFERENCE AND ANSWER DATES

7. The Court in this case has set the initial Case Management Conference for July 28, 2006, at 10:30 a.m. The Court ordered the parties to file a Joint Case Management Statement by July 21, 2006.

In view of the foregoing, THE PARTIES HEREBY STIPULATE that:

1. None of the Defendants shall be required to file an answer or responsive pleading to SanDisk's complaint until at least ten (10) days after the court in the Virginia Action rules on SanDisk's motion to dismiss or SanDisk's motion to transfer;

2. In addition, if the court in the Virginia Action decides one but not both of the pending motions, the parties shall promptly meet and confer to determine what, if any, further stipulation may be appropriate;

3. The initial Case Management Conference currently scheduled for July 28, 2006 and the Joint Case Management Statement due on July 21, 2006, should be continued until the parties jointly further advise the Court of the status of the Virginia Action, in a further submission to be filed no later than September 11, 2006;

4. Notwithstanding the foregoing, the parties shall notify the Court of the resolution of SanDisk's motion to dismiss and motion to transfer in the Virginia Action no later than five (5) days after the resolution of one or both of those motions;

5. In the event that the Eastern District of Virginia denies SanDisk's motion to transfer and denies SanDisk's motion to dismiss, SanDisk will promptly "take appropriate steps to insure that this Court and the Eastern District of Virginia are not confronted with duplicative litigation."

6. By filing this stipulation, Defendants do not waive any arguments, including that they are not subject to personal jurisdiction in this case or that they have not been properly served in this case with the summons and complaint.

1  Before the filing of this stipulation, there have not been any changes to Court

2  ordered deadlines or dates in this case. The effect on the schedule for this case depends on

3  the timing and outcome of the resolution of SanDisk's motions in the Virginia Action.

4  IT IS SO STIPULATED.

5  Dated: July 13, 2006

7  By:  /s/  Matthew F. Weil                    By:  /s/  Ethan B. Andelman

Matthew F. Weil (Bar No. 157505)              Robert P. Taylor
Christopher D. Bright (Bar No. 206273)        Ethan B. Andelman
McDERMOTT WILL & EMERY LLP                    HOWREY LLP
18191 Von Karman Avenue, Suite 500            525 Market Street
Irvine, CA  92612-7108                        Suite 3600
Telephone: 949.851.0633                       San Francisco, CA  94105
Facsimile: 949.851.9348
E-mail: mweil@mwe.com                         Matthew J. Moore
E-mail: cbright@mwe.com                       Brian A. Rosenthal
                                              HOWREY LLP
Peter P. Chen (Bar No. 111426)                1299 Pennsylvania Ave., N.W.
McDERMOTT WILL & EMERY LLP                    Washington, DC 20004
3150 Porter Drive
Palo Alto, CA  94304-1212                     Attorneys for Defendants AUDIO MPEG INC.,
Telephone: 650.813.5000                       U.S. PHILIPS CORPORATION, FRANCE
Facsimile: 650.813.5100                       TÉLÉCOM, TDF, and INSTITUT FÜR
E-mail: pchen@mwe.com                         RUNDFUNKTECHNIK GMBH

Attorneys for Plaintiff
SANDISK CORPORATION


22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    7/27/06                             /s/ Ronald M. Whyte
                                              RONALD M. WHYTE
                                              UNITED STATES DISTRICT JUDGE

ORC 392449-2.061590.0020    The parties are ordered to file a
                            joint letter brief as to the
                            Viriginia Action by 9/15/06.

STIPULATION AND ORDER
CONTINUING CASE MANAGEMENT           -3-              CASE NO. C06-02655 RMW
CONFERENCE AND ANSWER DATES